**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

DAVID IAN FRETWELL,

        Plaintiff,

vs.                           CASE NO. 5:08cv56/RS-EMT

DONNA ARRANT,

        Defendant.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 16) and Plaintiff's Objections To Proposed Findings and Recommendation (Doc. 18). I have reviewed Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1.    The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2.    This case is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) because of failure to state a claim upon which may be granted.

3.    The clerk is directed to close the file.

**ORDERED** on July 17, 2009.

/S/ Richard Smoak_____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**